IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-00273-01-CR-W-BP |
| | ) |
| BRANDON L. WALTON, | ) |
| | ) |
| Defendant. | ) |

O R D E R

On November 7, 2018, Defendant was ordered to undergo a competency evaluation. Defendant was examined at the Metropolitan Correctional Center in Chicago, Illinois. Examination reports were submitted by Allison Schenk, Ph.D., Licensed Clinical Psychologist, and Dr. M. Dees. (Doc. 16; Doc. 27.) During a hearing held before United States Magistrate Judge Lajuana M. Counts on February 14, 2020, Defendant and the Government stipulated that the doctors would testify consistently with their reports. Thereafter, Judge Counts issued a Report recommending that the Court find that Defendant is competent to proceed, at least so long as he is taking his medication (which he is taking). (Doc. 32; *see also* Doc. 30, pp. 5-6.) The parties waived the filing of any objections. Accordingly, after reviewing the Record it is

ORDERED that the Report and Recommendation of Judge Counts is adopted in its entirety, and this Court finds that Defendant does not suffer from a mental disease or defect that would prevent him from understanding the nature and consequences of these proceedings or assisting in his defense, at least so long as he is taking his medication.

**IT IS SO ORDERED.**

DATE: February 24 , 2020

 /s/Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT